THE STATE OF MONTANA ET AL., PLAINTIFFS, *v.* LEO J. KOTTAS ET AL., DEFENDANTS.

No. 11844.
March 23, 1970
Supplemental Order April 3, 1970. See 155 Mont. page 223.
472 P.2d 1006.

K. M. Bridenstine, Helena, for appellants.
Leo J. Kottas, Sr., Helena, for respondents.

### ORDER

PER CURIAM.

Defendants having filed a motion for dismissal of this appeal on the ground that the appeal is from an order from which an appeal does not lie, and service thereof having been made on counsel for the plaintiffs. Seven days have passed and no response to the motion has been made by the plaintiffs, and the Court being advised;

It appears that the ground of the motion is well taken and it is ordered that this appeal be, and it is hereby, dismissed.